**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Sheena Wells, Terrant Williams, Derrick Antonio Wells,
Sr., and John Doe, Defendants,

and

Jane and John Doe, Respondents,

v.

South Carolina Department of Social Services, Sheena
Wells, Terrant Williams, Derrick Antonio Wells, Sr., and
John Doe, Defendants,

Of whom Sheena Wells is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2018-001900

―――――――――

Appeal From Spartanburg County
James F. Fraley, Jr., Family Court Judge

―――――――――

Unpublished Opinion No. 2019-UP-192
Submitted May 1, 2019 – Filed May 23, 2019

―――――――――

**AFFIRMED**

---

Shawn M. Campbell, of Campbell Law Offices, of Spartanburg, for Appellant.

Deborah Murdock Gentry, of Murdock Law Firm, LLC, of Mauldin, for Respondent South Carolina Department of Social Services.

James Fletcher Thompson, of James Fletcher Thompson, LLC, of Spartanburg, for Respondents Jane Doe and John Doe.

Wendy Nicole Griffith, of Talley Law Firm, P.A., of Spartanburg, for the Guardian ad Litem.

---

**PER CURIAM:** Sheena Wells appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Wells's counsel.

**AFFIRMED.**[1]

**LOCKEMY, C.J., and SHORT and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.